**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                    Civil Case Number: 95-81192

v.                                        JUDGE PAUL D. BORMAN
                                              MAG. JUDGE PAUL KOMIVES
DWIGHT CAMPBELL                       UNITED STATES DISTRICT COURT

        Defendant.
_____ /

**ORDER (1) ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF:
(a) DENYING DEFENDANT'S MOTION FOR THIS COURT [TO ENTERTAIN]
ISSUES WITHIN DEFENDANT'S 2255 ACTION FILED 5/13/05 (DOCK. NO. 848);
(b) DENYING DEFENDANT'S MOTION REQUESTING[] ENTERTAINMENT OF
MOTIONS FILED 1/9/06 (DOCK. NO. 859);
(c) DENYING AS MOOT DEFENDANT'S MOTION FOR REPORT AND
RECOMMENDATION (DOCK. NO. 862); AND
(2) ENJOINING DEFENDANT FROM FILING ANY ADDITIONAL PAPERS UNTIL
FURTHER ORDERED BY THE COURT**

       Before the Court is the Magistrate Judge's Report and Recommendation in favor of: (1) denying Defendant's motion for this Court to entertain issues within Defendant's 2255 action filed 5/13/05; (2) denying Defendant's motion requesting entertainment of motions filed 1/9/06; (3) denying as moot defendant's motion for report and recommendation.

       This Court granted Defendant's Motion for Extension on August 21, to enlarge the time for filing objections to the Reports and Recommendations of April 29, 2005 and June 20, 2006. As a result, Defendant had until October 9, 2006 to file any objections. Defendant filed his objection to the instant Report and Recommendation on October 16, 2006, seven days after the extended filing deadline. Therefore, this Court does not consider Defendant's objection timely.

       In addition, the Magistrate Judge has correctly determined that the issues raised have

1

previously been determined by this Court.  This Court agrees.

Accordingly, having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation in favor of: (1) denying Defendant's motion for this Court to entertain issues within Defendant's 2255 action filed 5/13/05; (2) denying Defendant's motion requesting entertainment of motions filed 1/9/06; (3) denying as moot defendant's motion for report and recommendation.

Further, it is hereby ordered that Defendant shall not file any additional papers with this Court, other than a response to this Order, until further ordered by the Court.  Defendant has filed seventy-one motions since 2000, including numerous duplicative motions.  The plethora of frivolous motions filed by Defendant has an enormous burdened this Court and its docket.

**SO ORDERED.**

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 22, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2006.

s/Denise Goodine
Case Manager